(March 10, 1988)

■ FREDRICK R. KIENLE et al., Appellants, v ROBERT K. SWEENEY, as Village Clerk and Election Officer of the Village of Lindenhurst and Democratic Candidate for the 11th Assem-

bly District of the State of New York, et al., Respondents.—Appeal by the petitioners from a judgment of the Supreme Court, Suffolk County, dated March 1, 1988.

Ordered that the judgment is affirmed, without costs or disbursements, for the reasons stated by Justice Doyle at the Supreme Court, Suffolk County. Thompson, J. P., Brown, Weinstein and Balletta, JJ., concur.